IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CV176 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| $1,000.00 FROM SPENCER TITLE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to restrict access (filing 3) is granted. Accordingly, Exhibits A and B attached to the plaintiff's verified complaint for forfeiture (filings 1-1 and 1-2) will remain restricted filings.

May 10, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge